No. 12–8127. CAMARENA v. BEARD, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 12–8130. DUNCAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–8133. BEVERLY v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 12–8134. ADAMS v. VIRGINIA EMPLOYMENT COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 12–8135. WYATT v. OREGON (two judgments). Sup. Ct. Ore. Certiorari denied.

No. 12–8136. JIGGETTS v. NEW YORK CITY HUMAN RESOURCES ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–8137. KRISTON v. PEROULIS ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–8139. BLACK v. WILKINSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–8143. BAEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–8145. COLEMAN v. ARNONE, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. Sup. Ct. Conn. Certiorari denied.

No. 12–8153. DEJESUS v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–8155. NELSON v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–8158. SHLIKAS v. ARROW FINANCIAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–8160. EATO v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.